Doc. Number
159

Case Number
02-CR-0105-C

United States District Court
Western District of Wisconsin
Joseph W. Skupniewitz

Filed/Received
06/19/2003 06:09:49 PM CDT

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> DAVID HAMPTON TEDDER </br></br> Defendant. | ) </br> ) </br> ) </br> ) Case No. 02-CR-105-C </br> ) </br> ) </br> ) </br> ) </br> ) |

GOVERNMENT'S MOTION FOR ENTRY OF A
PRELIMINARY ORDER OF FORFEITURE

The United States of America, by its attorneys, J.B. Van Hollen, United States Attorney for the Western District of Wisconsin, and Daniel J. Graber and Timothy M. O'Shea, Assistant United States Attorneys, hereby moves this Court for entry of a preliminary order of forfeiture. This motion is made pursuant to 18 U.S.C. § 982, and Rule 32.2 of the Federal Rules of Criminal Procedure. The government makes this request based upon the following:

1. On June 10, 2003, defendant David Hampton Tedder was convicted of Counts One, Two, Five and Six of the indictment returned against him on September 12, 2002. Count One charged Tedder with conspiracy to violate the wire wagering act. Count Two charged conspiracy to money launder. Counts Five and Six charged substantive money laundering, in violation of 18 U.S.C. § 1957.

2. Count Seven of the indictment charged a criminal forfeiture against Tedder in the amount of $10,662,179. The indictment alleged this money represented

the laundered proceeds of Gold Medal Sports, an offshore sports book, operating in violation of 18 U.S.C. § 1084.

3. On June 10, 2003, the jury returned a criminal forfeiture verdict against Tedder in the amount of $7,288,090.49. The jury found that this amount of money was traceable to property that was involved in the conspiracy to launder money, as charged in Count Two of the indictment.

4. Pursuant to Rule 32.3(b)(1), as soon as practicable after a verdict of forfeiture, the Court must enter a preliminary order of forfeiture against the defendant. The entry of this order authorizes the United States to request seizure of assets, and to conduct discovery regarding the location of assets.

5. The government seeks a personal money judgment against Tedder in the amount of $7,288,090.49 as indicated by the jury's forfeiture verdict. The government seeks forfeiture of the defendant's substitute assets given Tedder's testimony on cross-examination that he has no personal bank accounts, savings accounts, investment accounts, or retirement accounts. According to Tedder, all of his real property assets are titled in the name of his estate planning vehicles, and his personal income and expenses flow through his business entities: Hampton Claire, and Challenge Realty.

6. Based on the above, the United States asks this Court to enter a preliminary order of forfeiture pursuant to 18 U.S.C. § 982 and Rule 32.2 of the Federal

Rules of Criminal Procedure.

    DATED: _____

                  Respectfully submitted,

                  J.B. VAN HOLLEN
                  United States Attorney

        By:   _____
                  DANIEL J. GRABER
                  TIMOTHY M. O'SHEA
                  Assistant United States Attorneys

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Case No. 02-CR-105-C ) |
| DAVID HAMPTON TEDDER | ) ) |
| Defendant. | ) ) |

CERTIFICATE OF SERVICE

Mary Cooper hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Wisconsin and is a person of such age and discretion as to be competent to serve papers.

That on Thursday, June 19, 2003, she served a copy of the attached <u>Government's Motion for Entry of a Preliminary Order of Forfeiture</u> and proposed <u>Preliminary Order of Forfeiture</u> by sending a copy via facsimile to the telephone number stated below. Addressee:

    Attorney Mark Eisenberg
    FAX 608-256-2875

                                                  _____
                                                  MARY L. COOPER