Doc. Number 177    Case Number 02-CR-0105-C
United States District Court
Western District of Wisconsin
Joseph W. Skupniewitz
Filed/Received
08/13/2003 11:45:34 AM CDT

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> DAVID HAMPTON TEDDER ) <br> ) <br> Defendant. ) <br> ) | Case No. 02-CR-105-C |

### GOVERNMENT'S SECOND MOTION FOR ENTRY OF A PRELIMINARY ORDER OF FORFEITURE

The United States of America, by its attorneys, J.B. Van Hollen, United States Attorney for the Western District of Wisconsin, and Daniel J. Graber and Timothy M. O'Shea, Assistant United States Attorneys, hereby moves this Court for entry of a preliminary order of forfeiture. This motion is made pursuant to 18 U.S.C. § 982, and Rule 32.2 of the Federal Rules of Criminal Procedure. The government makes this request based upon the following:

1. On June 10, 2003, defendant David Hampton Tedder was convicted of Counts One, Two, Five and Six of the indictment returned against him on September 12, 2002. Count One charged Tedder with conspiracy to violate the wire wagering act. Count Two charged conspiracy to money launder. Counts Five and Six charged substantive money laundering, in violation of 18 U.S.C. § 1957.

2. Count Seven of the indictment charged a criminal forfeiture against Tedder in the amount of $10,662,179. The indictment alleged this money represented

the laundered proceeds of Gold Medal Sports, an offshore sports book, operating in violation of 18 U.S.C. § 1084.

3. On June 10, 2003, the jury returned a criminal forfeiture verdict against Tedder in the amount of $7,288,090.49. The jury found that this amount of money was traceable to property that was involved in the conspiracy to launder money, as charged in Count Two of the indictment.

4. On August 6, 2003, the Court held a hearing on the defendant's Rule 29 motion re: Count Seven. After hearing from the parties, the Court ruled that the forfeiture verdict should be reduced to $2,765,052. The Court further ruled that of this amount, the government may immediately forfeit $1,714,062 from Challenge Realty because this amount represents money laundering proceeds from GMS which were transferred by Tedder into Challenge Realty. The Court ruled the remaining $1,050,990 represents a personal money judgment against Tedder, and that the government may pursue the defendant's substitute assets. The Court also ruled that the government may engage in civil discovery to determine the defendant's substitute assets.

5. Pursuant to Rule 32.3(b)(1), as soon as practicable after a verdict of forfeiture, the Court must enter a preliminary order of forfeiture against the defendant. The entry of this order authorizes the United States to request seizure of assets, and to conduct discovery regarding the location of assets.

6. Based on the above, the United States asks this Court to enter a preliminary order of forfeiture pursuant to 18 U.S.C. § 982 and Rule 32.2 of the Federal

Rules of Criminal Procedure.

DATED:   08/13/03

                            Respectfully submitted,

                            J.B. VAN HOLLEN
                            United States Attorney

By:             /s/
                            DANIEL J. GRABER
                            TIMOTHY M. O'SHEA
                            Assistant United States Attorneys

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID HAMPTON TEDDER, )<br>)<br>Defendant. )<br>) | Case No. 02-CR-105-C |

CERTIFICATE OF SERVICE

Sharon Martin hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Wisconsin and is a person of such age and discretion as to be competent to serve papers.

That on Wednesday, August 13, 2003, she served a copy of the attached Government's Second Motion for Entry of a Preliminary Order of Forfeiture and proposed Preliminary Order of Forfeiture by sending a copy via facsimile to the telephone number stated below.

Addressee:

    Attorney Mark Eisenberg
    FAX 608-256-2875

                                                                    /s/
                                                SHARON MARTIN