Document Number Case Number
02-CR-0105-C
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
05/01/2006 05:03:52 PM CDT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) Case No. 02-CR-105-C-01 |
| DAVID HAMPTON TEDDER, | ) |
| Defendant, | ) |
| AMSOUTH BANK and CHALLENGE REALTY, INC., | ) |
| Garnishee. | ) |

## MOTION TO TERMINATE GARNISHMENT

The United States of America by Stephen P. Sinnott, United States Attorney for the Western District of Wisconsin, by Heidi L. Luehring, Assistant United States Attorney for that District, hereby moves this Court to terminate the garnishment in the above-entitled matter. This motion is based upon defendant paying his debt in full in the above captioned case.

Dated this _1st_ day of _May_____, 2006.

Respectfully submitted,

STEPHEN P. SINNOTT
United States Attorney

By

HEIDI L. LUEHRING
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff, )<br><br>v. )<br><br>DAVID HAMPTON TEDDER, )<br><br>Defendant, )<br><br>AMSOUTH BANK and CHALLENGE )<br>REALTY, INC., )<br><br>Garnishee. | Case No. 02-CR-105-C-01 |

## CERTIFICATE OF SERVICE

I, Amber R. LaMere, hereby certify that I work for the Office of the United States Attorney for the Western District of Wisconsin and am of such age and discretion as to be competent to serve papers.

I further certify that on this date I served a copy of the attached Motion to Terminate Garnishment and Order Terminating Garnishment, by placing said copies in a postage paid envelope addressed to the person hereinafter named, at the address stated below, which is the last know address, and by depositing said envelope and contents in the United States mail.

Addressee:    AmSouth Bank
Springs Plaza Office
125 Wekiva  Springs Road
Longwood, FL  32779-3603

Challenge Realty, Inc.
Suite 160
1031 W. Morse Blvd
Winter Park, FL 32789-3715

Dated this _____ day of _____, 2006.

AMBER R. LAMERE